IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH ANTWAN BONNER, TDCJ-CID No. 1258181, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-1230 |
| NATHANIEL QUARTERMAN, | § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order this action is **DISMISSED WITH PREJUDICE**. A Certificate of Appealability is **DENIED**.

This is a FINAL JUDGMENT.

**SIGNED** at Houston, Texas, on this 14th day of November, 2007.

SIM LAKE
UNITED STATES DISTRICT JUDGE